

FILED
10/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA John Pavletic (312) 697-4088

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ANDERSON III | Case No.: 25 CR 619<br>HEATHER K. MCSHAIN<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, ARTURO ALVAREZ, appearing before United States Magistrate Judge HEATHER K. MCSHAIN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that BENJAMIN ANDERSON III has been charged in the Superior Court of the District of Columbia with failure to appear for a felony status conference, in violation of D.C. Code § 23-1327(a)(1).

A copy of the bench warrant is attached.

ARTURO ALVAREZ
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 1st day of October, 2025.

HEATHER K. MCSHAIN
United States Magistrate Judge

# SUPERIOR COURT
## OF THE
## DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 23, 2025

| | |
|---|---|
| THE UNITED STATES OF AMERICA | : Criminal No:     2024 CF2 008912 |
| v. | : |
| BENJAMIN ANDERSON<br>PDID: 605-071 | : Violations:<br>: 22 D.C. Code, Section 3215;<br>: 25 D.C. Code, Section 1001(a)(2), (d) (2001 ed.)<br>:<br>: (Unauthorized Use of a Vehicle; Possession of Open<br>: Container of Alcohol in a Vehicle) |

The Grand Jury charges:

FIRST COUNT:

On or about September 4, 2024, within the District of Columbia, Benjamin Anderson, feloniously did take, use and operate a motor vehicle, property of Enrico Fiucci, and did take, use and operate that motor vehicle for his own purpose, without the consent of Enrico Fiucci, the owner of that motor vehicle. (Unauthorized Use of a Vehicle, in violation of 22 D.C. Code, Section 3215 (2001 ed.))

SECOND COUNT:

On or about September 4, 2024, within the District of Columbia, Benjamin Anderson did possess an alcoholic beverage, in an open container in a vehicle, in and upon a street, alley, park, sidewalk and parking area. (Possession of Open Container of Alcohol in a Vehicle, in violation of 25 D.C. Code, Section 1001(a)(2), (d) (2001 ed.))

JEANINE FERRIS PIRRO
United States Attorney
in and for the District of Columbia

By: _____
Assistant United States Attorney

A TRUE BILL:

Foreperso...

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

**UNITED STATES OF AMERICA**

vs.

**BENJAMIN ANDERSON III**

CRIMINAL NO. **2024 CF2 008912**

ISSUED BY: **DEBORAH J ISRAEL**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** FAILURE TO APPEAR FOR FELONY STATUS CONFERENCE
**Unauthorized Use of A Vehicle**

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 3/7/2025.

BAIL FIXED BY THE COURT
AT: **NO BOND**

Superior Court of the District of Columbia

BY: _____
Judge Deborah Israel

| | |
|---|---|
| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: | Signature of Arresting Officer |

CDFBW